# In the United States Court of Appeals for the Fifth Circuit

DOCTORS HOSPITAL OF LAREDO; LAREDO PHYSICIANS GROUP,

*Plaintiffs - Appellees*

*v.*

DR. RICARDO CIGARROA; CIGARROA HEART AND VASCULAR INSTITUTE; LAREDO TEXAS HOSPITAL COMPANY, L.P., DOING BUSINESS AS LAREDO MEDICAL CENTER,

*Defendants - Appellees*

*v.*

THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER SAN ANTONIO; DR. WILLIAM HENRICH, IN HIS OFFICIAL CAPACITY; DR. ALLEN ANDERSON, IN HIS OFFICIAL CAPACITY,

*Appellants*

CONSOLIDATED WITH
No. 23-50456

IN RE: UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT SAN ANTONIO; DR. WILLIAM HENRICH, IN HIS OFFICIAL CAPACITY; DR. ALLEN ANDERSON, IN HIS OFFICIAL CAPACITY,

*Petitioners*

On Appeal from the United States District Court,
Western District of Texas, No. 5:21-CV-01068

_____

**APPELLANTS' UNOPPOSSED AND OPPOSED MOTION TO STAY
FURTHER PROCEEDINGS PENDING DISPOSITION OF PLAINTIFFS'-
APPELLEES' MOTION TO DISMISS**

_____

ANGELA COLMENERO
Provisional Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant
Attorney General

JAMES LLOYD
Acting Deputy Attorney
General for Civil
Litigation

ERNEST C. GARCIA
Chief, Administrative Law
Division
ernest.garcia@oag.texas.gov

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

JERRY BERGMAN
Assistant Attorney General
jerry.bergman@oag.texas.gov

Counsel for Appellants

## Certificate of Interested Persons

No. 23-50398

### Doctors Hospital of Laredo; Laredo Physicians Group,

*Plaintiffs - Appellees*

*v.*

### Dr. Ricardo Cigarroa; Cigarroa Heart and Vascular Institute; Laredo Texas Hospital Company, L.P., doing business as Laredo Medical Center,

*Defendants - Appellees*

*v.*

### The University of Texas Health Science Center San Antonio; Dr. William Henrich, In his official capacity; Dr. Allen Anderson, in his official capacity,

*Appellants*

### Consolidated with
No. 23-50456

### In re: University of Texas Health Science Center at San Antonio; Dr. William Henrich, In his official capacity; Dr. Allen Anderson, in his official capacity,

*Petitioners*

Under the fourth sentence of Fifth Circuit Rule 28.2.1, petitioners, as governmental parties, need not furnish a certificate of interested persons.

/s/ Jerry S. Bergman

JERRY S. BERGMAN
*Counsel of Record for Appellants*

## Unopposed and Opposed Motion to Stay Further Proceedings Pending Disposition of Plaintiffs-Appellees Motion to Dismiss

Pursuant to Rule 27(a), Appellants, the University of Texas Health Science Center at San Antonio; Dr. William Henrich, in his official capacity; and Dr. Allen Anderson, in his official capacity, respectfully request the Court to stay further proceedings in this appeal pending disposition of Plaintiffs-Appellees Motion to Dismiss. In support of this request, Appellants state the following:

1.      Undersigned Counsel, Assistant Attorney General Jerry Bergman was out of the country on vacation starting July 26, 2023, and returned to the office on August 14, 2023.

2.      A vacation letter was filed with this Court on July 26, 2023.

3.      The Court issued its Briefing Notice on July 27, 2023, setting September 5, 2023, as the deadline for Appellants Brief.

4.      Plaintiffs-Appellees filed their Motion to Dismiss on August 4, 2023.

5.      On August 15, 2023, the Court granted Appellants Motion for Extension of Time to Respond to Plaintiffs-Appellees Motion to Dismiss, and extended the response date to August 24, 2023.

6.      Currently, Appellants would be required to file their Appellants Brief while Plaintiffs-Appellees have challenged the Court's jurisdiction.

7.      Staying further proceedings will not unfairly burden or prejudice Appellees, or unduly delay this matter, because Plaintiffs-Appellees have raised a jurisdictional challenge in their Motion to Dismiss. Staying the briefing deadlines pending disposition of Plaintiffs-Appellees Motion to Dismiss will preserve judicial resources.

8.      In the interest of judicial economy and efficiency, Appellants respectfully request the Court stay all future deadlines in the briefing scheduling, pending a ruling on Plaintiffs-Appellees Motion to Dismiss.

9.      Plaintiffs-Appellees are unopposed to this motion.

10.     Defendants-Appellees, Laredo Texas Hospital Company LP dba Laredo Medical Center, are opposed to this motion.

11.     Defendants-Appellees, Dr. Ricardo Cigarroa; Cigarroa Heart and Vascular Institute did not respond.


Respectfully submitted,


ANGELA COLMENERO                             GRANT DORFMAN
Provisional Attorney General of Texas          Deputy First Assistant
                                               Attorney General


BRENT WEBSTER                                  JAMES LLOYD
First Assistant Attorney General               Acting Deputy Attorney

General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law
Division
ernest.garcia@oag.texas.gov

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

JERRY BERGMAN
Assistant Attorney General
jerry.bergman@oag.texas.gov

Counsel for Appellants

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2023, this document was electronically

served on all counsel of record.

/s/ Jerry S. Bergman
JERRY S. BERGMAN

## CERTIFICATE OF CONFERENCE

I hereby certify that on August 16, 2023, counsel for Appellants conferred with counsel for Plaintiffs-Appellees via email, who stated that they did not oppose this motion; Defendants-Appellees, Laredo Texas Hospital Company LP dba Laredo Medical Center, communicated they are opposed to this motion; and Defendants-Appellees, Dr. Ricardo Cigarroa; Cigarroa Heart and Vascular Institute did not respond.

*/s/ Jerry S. Bergman*
JERRY S. BERGMAN

## CERTIFICATE OF COMPLIANCE

I hereby certify this motion complies with the type-volume requirements of Rule 27(d)(2)(A) because it contains 853 words; and (2) the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word court).

*/s/ Jerry S. Bergman*
JERRY S. BERGMAN